**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUZER QASSIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUZER QASSIM ,<br><br>　　　　Defendant | ) Case No.: 16-cr-00155 DAD-BAM<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

Defendant, JUZER QASSIM, hereby waives his appearance in person in open court upon the status conference set for Monday, February 27, 2017 in Courtroom 8 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:2/23/17                                    */s/Juzer Qassim*_____
                                                  JUZER QASSIM

Date:23/23/17                                  */s/David A. Torres*_____
                                                  DAVID A. TORRES
                                                  Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Juzer Qassim is hereby excused from appearing at the 2nd Status Conference hearing scheduled for February 27, 2017 at 1:00PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **February 23, 2017**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE