**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUZER QASIM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUZER QASIM,<br><br>Defendant | Case No.: 1:16-CR-00155 DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFF AND MARK MCKEON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Juzer Qasim, by and through his attorney of record, David A. Torres, hereby requesting that the status conference hearing currently set for Monday, October 23, 2017 be continued to Monday, November 13, 2017.

I recently returned from a lengthy vacation out of the country. I would like to continue discussing the possibility of a plea agreement with the USA. I have been informed by AUSA McKeon that I should be receiving a Plea Agreement tomorrow or early next week and will review said agreement with my client. I believe an additional three weeks would be sufficient to determine whether this case will resolve or necessitate the selection of a trial date. I have spoken to AUSA McKeon and he has no objection to the continuance.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 10/19/17 /s/ *David A Torres*
DAVID A. TORRES
Attorney for Defendant
DAVID JOHN CANNON

DATED: 10/19/17 /s/*Mark McKeon*
MARK MCKEON
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the status conference hearing be continued to November 13, 2017.

Dated: **October 19, 2017** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE