**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUZER QASSIM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JUZER QASSIM ,<br><br>　　　　　Defendant | Case No.: 16-cr-00155 DAD-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, JUZER QASSIM, hereby waives his appearance in person in open court upon the status conference set for Monday, January 22, 2018 in Courtroom 8 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 1/18/18　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Juzer Qassim*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JUZER QASSIM


Date: 1/18/18　　　　　　　　　　　　　　　　　　　　　　　　　 */s/David A. Torres*_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Juzer Qassim is hereby excused from appearing at this court hearing scheduled for January 22, 2018.

IT IS SO ORDERED.

Dated: **January 18, 2018**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE