DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
JUZER QASSIM

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-CR-00155 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION AND TRIAL DATE |
| JUZER QASSIM, | |
| Defendant. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; THE HONORABLE DALE A DROZD, UNITED STATES DISTRICT COURT JUDGE AND MARK MCKEON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUZER QASSIM, by and through his attorney of record, DAVID A. TORRES hereby requesting that the trial confirmation date and the trial date set for February 11, 2019 and February 26, 2019 be continued to May 6, 2019 and May 21, 2019.

Dated: 1/29/19                                    Respectfully Submitted,

                                                  */s/David A. Torres*

1

**DECLRATION**

I, DAVID A. TORRES, declare as follows:

1. I am an attorney duly licensed to practice in the United States District Court, Eastern District of California.

2. Trial in this matter is currently set on Tuesday, February 26, 2019 at 1:00 p.m. before the Hon. Dale A. Drozd. The trial confirmation hearing is set for Monday, February 11, 2019 at 10:00 a.m.

3. All counsel in this matter have engaged in diligent good faith negotiations in an effort to achieve a reasonable disposition in this matter. Nevertheless, this matter will proceed to trial. Counsel are unavailable to proceed to trial on the current dates noted above. The defense and AUSA Mark McKeon have agreed to continue the trial confirmation and trial dates as follows:

Trial confirmation: May 6, 2019

Trial: May 21, 2019 at 1:00 p.m.

4. Defendant, Juzer Qassim is prepared to exclude time pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

I declare under penalty of perjury the foregoing statements are true and correct and executed in Bakersfield, California, this 29th day of January 2019.

*/s/David A. Torres*
DAVID A. TORRES
Attorney for Defendant

| | |
|---|---|
| **IT IS SO STIPULATED.** | Respectfully Submitted, |
| DATED: 1/29/2019 | */s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>JUZER QASSIM |
| DATED: 1/29/2019 | */s/Mark McKeon*<br>MARK MCKEON<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO FOUND AND ORDERED this matter is reset for trial confirmation May 6, 2019 at 10:00 a.m. and jury trial reset for May 21, 2019 at 1:00 p.m. The time period of the date of this order to May 21, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because denying the request would deny the defendant continuity of counsel and adequate time to prepare for trial.

IT IS SO ORDERED.

Dated: **January 29, 2019**

_____
UNITED STATES DISTRICT JUDGE

4