| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>VINCENTE A. TENNERELLI<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorneys<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JUZER QASSIM,<br><br>                Defendant. | CASE NO. 1:16-CR-00155-DAD-BAM<br><br>STIPULATION TO CONTINUE TRIAL DATE; FINDINGS AND ORDER<br><br>DATE: May 21, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on February 26, 2019. On motion by the defendant filed on January 29, 2018, this matter was continued until May 21, 2019. C.R. 57.

2. Subsequent to the approval of the defendant's motion to continue, the government has learned that its case agent is unavailable on the new scheduled trial date because of his wedding. The case agent's availability is essential to the government's ability to present this case.

3. In addition, in trying to find a new trial date, the government has learned that different witnesses are unavailable at different times during the coming months because of scheduled vacations and other work commitments. In addition, counsel for the both the government and the defendant are unavailable at various times because of trials already scheduled. The parties have selected a new trial

1

date when all counsel and witnesses are available

4. By this stipulation, defendant now moves to continue the trial confirmation hearing and jury trial dates as follows:

Trial Confirmation Hearing: January 21, 2020, at 10:00 a.m.

Jury Trial: February 4, 2020, at 1:00 p.m.

5. By this stipulation, defendant also moves to exclude time between May 21, 2019, and February 4, 2020, under 18 U.S.C. § 3161 (h)(3)(A) (Local Code M - Unavailability of essential witnesses), and § 3161 (h)(7)(B)(iv) (Local Code T4 – Continuity of Counsel for the defendant and the government).

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 21, 2019 to February 4, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 4, 2019      MCGREGOR W. SCOTT
United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated: March 29, 2019    /s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
JUZER QASSIM

**ORDER**

The Trial Confirmation hearing currently set for May 6, 2019 is continued to January 21, 2020, at 10:00 a.m. The Jury Trial currently set for May 21, 2019 is continued to February 4, 2020, at 1:00 p.m. The time period of May 21, 2019 to February 4, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **April 5, 2019**   _____
UNITED STATES DISTRICT JUDGE