McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00155-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE; ORDER |
| v. | |
| JUZER QASSIM, | DATE: February 4, 2020<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on February 26, 2019. On motion by the defendant filed on January 29, 2018, this matter was continued until May 21, 2019. C.R. 57.

2. On motion by the government filed on April 4, 2019, this matter was further continued until February 4, 2019. CR 59.

3. Subsequent to the Court's approval of the motion to continue defense counsel informed the government that he is currently engaged in a homicide trial in Kern County Superior Court and is trailing two other homicides and two sexual assault trials once he completes his current jury trial. Defense counsel anticipates completing all pending jury trials approximately late May or mid-June 2020. In addition, the government and defense counsel wish to re-engage in settlement discussions to determine whether this matter can be resolved. The parties have selected a new trial date when all

1

counsel and witnesses are available

4. By this stipulation, the government now moves to continue the trial confirmation hearing and jury trial dates as follows:

Trial Confirmation Hearing: June 22, 2020, at 10:00 a.m.

Jury Trial: July 7, 2020, at 10:00 a.m.

5. By this stipulation, defendant also moves to exclude time between February 4, 2020, and July 7, 2020, under 18 U.S.C. § 3161 (h)(3)(A) (Local Code M - Unavailability of essential witnesses), and § 3161 (h)(7)(B)(iv) (Local Code T4 – Continuity of Counsel for the defendant and the government).

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2020 to July 7, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 31, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated: December 31, 2019

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
JUZER QASSIM

**ORDER**

The Trial Confirmation hearing currently set for January 21, 2020 is continued to June 22, 2020, at 10:00 a.m. The Jury Trial currently set for February 4, 2020 is continued to July 7, 2020, at 8:30 a.m. The time period of February 4, 2020 to July 7, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **January 2, 2020**

UNITED STATES DISTRICT JUDGE