| | |
|---|---|
| PHILLIP A. TALBERT<br>Acting United States Attorney<br>VINCENTE A. TENNERELLI<br>Assistant United States Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099<br><br>Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUZER QASSIM,<br><br>Defendant. | CASE NO. 1:16-CR-00155-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>JURY TRIAL: August 10, 2021, at 8:30 a.m<br>TRIAL CONF. HR'G: July 26, 2021, at 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on July 26, 2021, at 10:00 a.m., and a jury trial on August 10, 2021, at 8:30 a.m.

2. By stipulation, the parties now move to continue the trial confirmation until November 15, 2021, at 10:00 a.m., and to continue the jury trial until November 30, 2021, at 8:30 a.m. Moreover, the parties now move to exclude time between August 10, 2021, and November 30, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that all the discovery in this case has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with his client, to review

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with his client, to prepare pretrial motions, and to otherwise prepare for trial.

      c) The parties intend to engage in additional discussions regarding a possible plea in this case. Due to logistical challenges arising from COVID-19 and counsel's respective schedules, they have not yet had the opportunity to hold those discussions.

      d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e) The defendant is not detained pending trial.

      f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 10, 2021, to March 29, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 23, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated: June 23, 2021

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
JUZER QASSIM

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED that the trial confirmation shall be continued to November 15, 2021, at 10:00 a.m., and that the jury trial is hereby set for November 30, 202, at 8:30 a.m.

IT IS FURTHER ORDERED that the time period of August 10, 2021, to November 30, 2021, is excluded for purposes of the Speedy Trial Act.

IT IS SO ORDERED.

Dated: **June 24, 2021**

UNITED STATES DISTRICT JUDGE