KANTHA GROUP
John M. Scorsine, CO Bar #37131
1465 N. Union Blvd.
Colorado Springs, CO 80909
Tel: (719) 633-2222
Fax: (719) 822-0095
Email: jscorsine@kanthakagroup.com

Attorney for JUZER QASIM.

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>             Plaintiff,<br>     vs.<br><br>JUZER QASSIM.<br>             Defendant. | Case No. 1:16-CR-00155-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFF

   COMES NOW Defendant, Juzer Qasim, by and through his attorney of record, John M. Scorsine, hereby requesting that the status conference hearings currently set for Wednesday, December 8, 2021, be continued to for a period of sixty (60) days

   The undersigned has secured local counsel and was recently admitted as the attorney of record for Mr. Qasim on December 1, 2021. On November 24, 2021, the Government provided substantial discovery to the defense team to review. As such, the defense team is in the process of reviewing said discovery, which will take several weeks at a minimum. There appears to be at least 14,000 pages of documents along with substantial audio and video files. Counsel has spoken to AUSA Tennerelli and he has stipulated to the continuance.

1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully submitted this 20th day of March 2020.

Respectfully Submitted,

DATED: 12/2/2021         */s/ John M. Scorsine*
                         JOHN M. SCORSINE
                         Attorney for Defendant

DATED: 12/2/2021         */s/ Vicente Tennerelli*
                         VINCENTE TENNERELLI
                         Assistant U.S. Attorney

### **ORDER**

IT IS SO ORDERED that the status conference is continued from December 8, 2021, to **February 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **December 6, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE