PHILLIP A. TALBERT
United States Attorney
VINCENTE A. TENNERELLI
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>JUZER QASSIM,<br><br>              Defendant. | CASE NO. 1:16-CR-00155-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 9, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on February 9, 2022.

2.     By this stipulation, defendant now moves to continue the status conference until March 23, 2022, and to exclude time between February 9, 2022, and March 23, 2022, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The Court granted defendant's former attorney's request to withdraw as counsel on October 5, 2021. Dkt. 82. The Court granted defendant's present counsel's *pro hac vice* application on December 1, 2021.

b)     Since his first appearance as counsel on October 15, 2021, defendant's counsel has been reviewing discovery and conferring with his client. In addition, defendant and the

government are engaged in active plea negotiations. As part of those negotiations, defendant has alerted the government to possible *Brady* material that has not been produced. The government is considering defendant's position that this material is discoverable and conferring with agents.

   c) Counsel for defendant desires additional time to review discovery, confer with his client, review any additional materials the government produces in light of the request described in subparagraph (b), and continue plea negotiations.

   d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 9, 2022 to March 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 1, 2022         PHILLIP A. TALBERT
                                United States Attorney

                                /s/ VINCENTE A. TENNERELLI
                                VINCENTE A. TENNERELLI
                                Assistant United States Attorney


Dated: February 1, 2022         /s/ JOHN M. SCORSINE
                                JOHN M. SCORSINE
                                Counsel for Defendant
                                JUZER QASSIM


## ORDER

IT IS SO ORDERED that the status conference is continued from February 9, 2022, to **March 23, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 1, 2022**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE