PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUZER QASSIM,<br><br>Defendant. | CASE NO. 1:16-CR-00155-ADA-BAM<br><br>**STIPULATION AND ORDER TO SET TRIAL DATE** |

Plaintiff, the United States, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for status conference on January 11, 2023, and time under the Speedy Trial Act was excluded through January 11. 2023, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

2. The parties now stipulate and request that the trial date be set on December 5, 2023, at 8:30 a.m., with a Trial Confirmation Hearing scheduled for November 20, 2023, at 8:30 a.m.  This is the earliest available date to ensure continuity of counsel and allow sufficient time for trial preparation and further defense investigation.  The parties agree that time should be excluded from January 11, 2023, through December 5, 2023, inclusive, under 18 U.S.C. § 3161(h)(7)(A) and B(iv).

3. The parties stipulate and request that the Court make the following findings:

1

a. The government has produced discovery to defense counsel, including supplemental materials recently requested by the defense, and made other items available for inspection and copying. The government will timely produce supplemental discovery, if any, that comes into its possession as it prepares for trial.

b. Defense counsel desires additional time to complete their review of the discovery, including items recently requested and received by defense, perform additional investigation, conduct legal research, prepare pretrial motions if necessary, and otherwise prepare for trial.

c. Defense counsel believes that failure to grant the above-requested continuance will deny them necessary and reasonable time for effective preparation.

d. Based on the above findings, the ends of justice served by continuing the trial as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of January 11, 2023, through December 5, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional periods are excludable from the period within which trial must commence.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED:  January 4, 2023                        */s/ Henry Z. Carbajal III*_____
                                                  HENRY Z. CARBAJAL III
                                                  Assistant United States Attorney

DATED:  January 4, 2023                        */s/ John Scorsine*_____
                                                  JOHN SCORSINE
                                                  Counsel for Juzer Qassim

## **ORDER**

IT IS SO ORDERED that the status conference set for January 11, 2023, is vacated. A jury trial is set for **December 5, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **<u>1 week</u>**. A trial confirmation is set for **November 20, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(iv).

IT IS SO ORDERED.

    Dated:  **January 4, 2023**                   /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE