PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUZER QASSIM,<br><br>Defendant. | CASE NO. 1:16-CR-00155 NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>DATE:  July 15, 2024<br>TIME:  8:30 a.m.<br>JUDGE: TBD |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 29, 2024. The Court later continued the hearing to May 7, 2024, at 8:30 a.m.

2. By this stipulation, the parties move to continue the sentencing hearing until **July 15, 2024, at 8:30 a.m.**

3. Counsel for defendant is not available on the rescheduled date for sentencing, May 7, 2024. The next, earliest convenient date for the parties and the Court for sentencing is July 15, 2024 at 8:30 a.m.

4.  The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

IT IS SO STIPULATED.

DATED:  April 24, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:  April 24, 2024

/s/John M. Scorsine
JOHN M. SCORSINE
Counsel for Defendant
JUZER QASSIM

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing as to defendant Juzer Qassim is continued from May 7, 2024 to **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **April 24, 2024**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2